UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

STEVEN J. BARET,                       :

                    Plaintiff,         :

          - against -                  :

THE CITY OF NEW YORK,                  :

                    Defendant.         :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/09

**ORDER**

09 Civ. 563 (DC)

**CHIN, District Judge**

          It having been reported to this Court that this matter
has been settled, IT IS HEREBY ORDERED that this action is
discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty
days of the date of this order, any party may apply by letter
within the thirty-day period for restoration of the action to
the calendar of the undersigned, in which event the action will
be restored.

          SO ORDERED.

Dated:    New York, New York
          December 28, 2009

                                   _____
                                   DENNY CHIN
                                   United States District Judge